UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ZULMA VAZQUEZ-ROSARIO,

    Plaintiff,

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil No. 04-1607 (JAF)

**O R D E R**

Pursuant to the terms of a *per curiam* opinion issued by the First Circuit Court of Appeals, dated October 4, 2005, this case is remanded to the Commissioner of Social Security for further proceedings consistent with the opinion entered by said court.

On remand, the Administrative Law Judge must reassess, after any proceedings that may be suitable, the severity of claimant's non-exertional impairments and their impact on her occupational base, taking into account the entire record and obtaining any additional vocational evidence needed to illuminate the medical record.

The Court of Appeals and this District Court express no opinion as to the ultimate outcome of the case.

**REMANDED.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 17th day of January, 2006.

                                            S/José Antonio Fusté
                                            JOSE ANTONIO FUSTE
                                            Chief U. S. District Judge